**Order entered December 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01037-CV

### BRETT GOW, Appellant

### V.

### SHEILA EVA SEVENER, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-02864**

## ORDER

Before the Court is appellant's December 8, 2016 motion for an extension of time to file

his brief. We **GRANT** appellant's motion.

We **ORDER** appellant to file the brief **on or before January 9, 2017**.


/s/     CRAIG STODDART
        JUSTICE